No. 84–5967. GARRETT v. B-J-C HOSPITAL & NURSING HOME ET AL. Sup. Ct. Ga. Certiorari denied.

No. 84–5970. JENKINS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 84–5971. SMALL v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 84–5973. GARRETT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–5975. WEISS v. MISSOURI DEPARTMENT OF MENTAL HEALTH ET AL. C. A. 8th Cir. Certiorari denied.

No. 84–5978. PRICE v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES (two cases). C. A. 9th Cir. Certiorari denied.

No. 84–5980. OLIVER v. ZIMMERMAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–5981. MARCINSKI v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 84–5982. VALENTINE v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 84–5983. SKREZYNA v. CASH ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 84–5985. SLAPPY v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 84–5986. MONDAINE v. WYRICK, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 84–5987. FIELDS v. UNITED STATES. Ct. App. D. C. Certiorari denied.